LOUIS KUSKIN et al., appellants,

*v.*

MILTON GUTTMAN et al., respondents.

[Decided April 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Berry, whose opinion is reported in *98 N. J. Eq. 617.*

*Mr. Edward R. McGlynn,* for the appellants.

*Messrs. McCarter & English* and *L. Benjamin Glueckfield,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry.

*For affirmance*—TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.